1  H. Miles Cohn - Not EDC Admitted
   SHEINESS, SCOTT, GROSSMAN & COHN, L.L.P.
2  1001 McKinney, Suite 1400
   Houston, TX  77002-5324
3  Telephone: 713/374-7020
   Facsimile: 713/374-7049
4
   Attorneys for Plaintiff:
5  **NET MATRIX SOLUTIONS, INC.**

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 NET MATRIX SOLUTIONS, INC.,        ) CASE NO. 2:05-CV-02587-LKK-JFM
                                      )
12         Plaintiff,                 ) **SUBSTITUTION OF COUNSEL;**
                                      ) **ORDER**
13    v.                              )
                                      )
14 EA CONSULTING, INC.,               )
                                      )
15         Defendant.                 )
   _____)
16

17         Plaintiff NET MATRIX SOLUTIONS, INC. hereby substitutes as counsel of

18 record the following:

19                       Claudia J. Robinson, SB#57260
                         Scott D. Cote, SB#200187
20                       LEWIS BRISBOIS BISGAARD & SMITH, LLP
                         2500 Venture Oaks Way, Suite 250
21                       Sacramento, CA  95833
                         Telephone:  916/564-5400
22                       Facsimile:  916/564-5444

23 Dated: February 21, 2006          SHEINESS, SCOTT, GROSSMAN & COHN, LLP

24
                                     _____/s/  H. Miles Cohn_____
25                                   BY: H. Miles Cohn, Attorneys for Plaintiff:
                                     **NET MATRIX SOLUTIONS, INC.**
26 ///

27 ///

28 ///

   4848-0530-2016.1              -1-

| | |
|---|---|
| Dated:  February 21, 2006 | NET MATRIX SOLUTIONS, INC. |
| | **/s/  Pankaj Maheswari** <br> BY: Pankaj Maheswari |

This substitution is accepted.

| | |
|---|---|
| Dated:  March 10, 2006 | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| | **/s/  Claudia J. Robinson** <br> BY:  Claudia J. Robinson |

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT

Date: _____

LAWRENCE K. KARLTON,
SENIOR JUDGE

2500 VENTURE OAKS WAY, SUITE 200
SACRAMENTO, CALIFORNIA 95833-3500
TELEPHONE (916) 564-5400