1 | H. Miles Cohn - Not EDC Admitted
  | SHEINESS, SCOTT, GROSSMAN & COHN, L.L.P.
2 | 1001 McKinney, Suite 1400
  | Houston, TX 77002-5324
3 | Telephone: 713/374-7020
  | Facsimile: 713/374-7049

Attorneys for Plaintiff:
**NET MATRIX SOLUTIONS, INC.**

**FILED**

MAR 21 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NET MATRIX SOLUTIONS, INC.,          ) CASE NO. 2:05-CV-02587-LKK-JFM
                                     )
          Plaintiff,                 ) **SUBSTITUTION OF COUNSEL;**
                                     ) **ORDER**
     v.                              )
                                     )
EA CONSULTING, INC.,                 )
                                     )
          Defendant.                 )

Plaintiff NET MATRIX SOLUTIONS, INC. hereby substitutes as counsel of record the following:

> Claudia J. Robinson, SB#57260
> Scott D. Cote, SB#200187
> LEWIS BRISBOIS BISGAARD & SMITH, LLP
> 2500 Venture Oaks Way, Suite 250
> Sacramento, CA 95833
> Telephone: 916/564-5400
> Facsimile: 916/564-5444

Dated: February 21, 2006            SHEINESS, SCOTT, GROSSMAN & COHN, LLP

                                    _____/s/ H. Miles Cohn_____
                                    BY: H. Miles Cohn, Attorneys for Plaintiff:
                                    **NET MATRIX SOLUTIONS, INC.**

///

///

///

4848-0530-2016.1                    -1-

| | |
|---|---|
| Dated: February 21, 2006 | NET MATRIX SOLUTIONS, INC. |
| | /s/ Pankaj Maheswari<br>BY: Pankaj Maheswari |

This substitution is accepted.

| | |
|---|---|
| Dated: March 10, 2006 | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| | /s/ Claudia J. Robinson<br>BY: Claudia J. Robinson |

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT

Date: 3/20/06

LAWRENCE K. KARLTON,
SENIOR JUDGE

4848-0530-2016.1

-2-