Case 2:05-cv-02587-LKK-JFM Document 10 Filed 02/03/2006 Page 1 of 2

Case 2:05-cv-02587-LKK-JFM Document 16 Filed 03/21/2006 Page 1 of 2

Dale C. Campbell, State Bar No. 99173
W. Scott Cameron, State Bar No. 229828
**weintraub** genshlea chediak
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant
ea consulting, inc.



FILED

MAR 21 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NET MATRIX SOLUTIONS, INC., | Case No.: 2:05-CV-02587-LKK-JFM |
| Plaintiff(s), | |
| vs. | STIPULATION AND [PROPOSED] ORDER REFERRING ACTION TO BINDING ARBITRATION |
| ea consulting, inc., | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Net Matrix Solutions, Inc. ("Plaintiff"), and defendant ea consulting, inc. ("Defendant") that all parties desire to submit this action to binding arbitration. The parties have agreed upon Joe Ramsey as the neutral arbitrator and will contact him to initiate the proceedings.

The parties further stipulate and agree that this Court retain jurisdiction to entertain a motion to confirm the arbitration award and for enforcement proceedings if necessary. The parties further suggest that this Court order the parties to submit a written report no later than August 25, 2006 advising the Court of the status of the arbitration.

{11481/13782/DCC/879555.DOC;}     1     Stipulation & [Proposed] Order
Referring Action to Binding Arbitration

weintraub genshlea chediak
law corporation

Dated: February ___, 2006          By: _____/s/_____
                                       Dale C. Campbell
                                       Attorneys for Defendant
                                       ea consulting, inc.


LEWIS, BRISBOIS, BISGAARD & SMITH LLP


Dated: February ___, 2006          By: _____/s/_____
                                       Claudia J. Robinson
                                       Attorneys for Plaintiff
                                       Net Matrix Solutions, Inc.


## ORDERED

IT IS SO ORDERED that:

1. This action is ordered to binding arbitration as stipulated by the parties;

2. This Court shall retain jurisdiction for the purpose of entertaining a motion to confirm the arbitration award and for subsequent enforcement proceedings; and,

3. The parties shall file a status report advising the Court of the progress of the arbitration proceedings no later than August 25, 2006.


Dated: __3/25__, 2006     _____/s/_____
                          THE HONORABLE LAWRENCE K. KARLTON
                          DISTRICT COURT JUDGE

*IT IS FURTHER ORDERED that the above-captioned case is STAYED during the pendency of the arbitration proceedings. The clerk is directed to ADMINISTRATIVELY TERMINATE the case.*

3/25/06 /s/ Lawrence K. Karlton

{11481/13782/DCC/879555.DOC;}                 2                Stipulation & [Proposed] Order
                                                               Referring Action to Binding Arbitration